McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                          3639-0
JESSE J. T. SMITH                        9403-0
MIYOKO T. PETTIT-TOLEDO                  10412-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone No.: (808) 529-7300
Facsimile No.: (808) 524-8293
E-mail: minkin@m4law.com; smith@m4law.com;
        pettit-toledo@m4law.com

Attorneys for Defendant
HUSCH BLACKWELL LLP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TERRY N. AGENA, Individually and as the Legal Representative of the Estate of JAMES K. AGENA, Deceased; | ) ) ) ) | CIVIL NO. 19-00089 |
| | ) | DEFENDANT HUSCH |
| KERI YAMAMOTO, as the Legal Representative of the Estate of ANTONIO P. AGODONG, Deceased, and as the Legal Representative of NANCY AGODONG; | ) ) ) ) ) ) ) ) | BLACKWELL LLP'S NOTICE OF REMOVAL; VERIFICATION OF DAVID J. MINKIN; EXHIBITS A - C; CERTIFICATE OF SERVICE |
| JOHN MANUEL, Successor Trustee of the BENJAMIN ALMASON Trust; | ) ) ) ) | |
| TERRY ALDEAN BLEVINS, Legal Representative of the Estates of JAMES BLEVINS and HAZEL BLEVINS, Deceased; | ) ) ) ) | *[Caption Continued on Next Page]* |

390696.1

JANE LORRAINE BROWN,                )
GILES BROWN, BRADY                  )
BROWN, Individually and JANET       )
ILENE FUTCH, Individually and as    )
the Legal Representative of the     )
Estate of BOB C. BROWN,             )
Deceased;                           )
                                    )
JOYCE C. CABASUG, Individually      )
and as Successor Trustee of the     )
ROBERT A. CABASUG Revocable         )
Living Trust;                       )
                                    )
ANITA M. CASSANI, Individually      )
and as Legal Representative of the  )
Estate of VINCENT J. CASSANI        )
JR, Deceased;                       )
                                    )
PAULINE GAIL CHANG,                 )
Individually and as Legal           )
Representative of the Estate of     )
HARRISON M.Y. CHANG,                )
Deceased;                           )
                                    )
KARRO YEE, as the Legal             )
Representative of the Estates of    )
JANET A.T. CHU and JACK S.Y.        )
CHU, Deceased;                      )
                                    )
ANN CHRISTINE FABER,                )
Individually and as Legal           )
Representative of the Estate of     )
CLARENCE E. FABER, Deceased;        )
                                    )
HENRY TAKAKI, Individually and      )
as the Legal Representative of the  )
Estate of FAYE GARRETT-             )
TAKAKI, Deceased;                   )
                                    )

JEANNE KAHANAOI, Individually            )
and as Successor Co-trustee of the       )
DAVID KAWIKA KAHANAOI,                   )
SR. Trust;                               )
                                         )
HARRIET H. KANESHIRO,                    )
Individually and as Trustee for the      )
WALTER M. KANESHIRO                      )
Revocable Living Trust;                  )
                                         )
GRACE R. MEANS, Individually             )
and as Legal Representative of the       )
Estate of HOMER W. MEANS,                )
Deceased;                                )
                                         )
LEINA MORTON, Individually and           )
as Personal Representative for the       )
Estate of LEONARD E. MORTON,             )
Deceased;                                )
                                         )
IRENE MUNZE, as the Legal                )
Representative of the Estate of          )
PETER PAGAN JR., Deceased;               )
                                         )
MERCEDES PAGATPATAN,                     )
Individually, and TERESA                 )
PAGATPATAN GRACE, as                     )
Successor Trustee of the GEORGE          )
PAGATPATAN, JR. Trust;                   )
                                         )
WANDA J. RALSTON,                        )
Individually, and CURTIS B.              )
RALSTON, as Legal Representative         )
of the Estate of MIKE R.                 )
RALSTON, Deceased;                       )
                                         )
HISAE RIO, Individually and as           )
Successor Trustee of the BARNEY          )
RIO Revocable Living Trust;              )
                                         )

MERLE E. LOUI-SAKAMOTO, as                )
Successor Trustee to the ERNEST           )
Y. SAKAMOTO Trust;                        )
                                          )
THERESA R. SCHRINER,                      )
Individually and as Legal                 )
Representative of the Estate of           )
CHARLES T. SCHRINER,                      )
Deceased;                                 )
                                          )
KATHERINE K. YEE, Individually            )
and as Legal Representative of the        )
Estate of JAMES K.L. YEE,                 )
Deceased;                                 )
                                          )
CYNTHIA CALVEY, as the Legal              )
Representative of the Estate of           )
RICHARD J. AKAU, SR.,                     )
Deceased, and as the Legal                )
Representative of the Estate of AMY       )
K. AKAU, Deceased;                        )
                                          )
MARVELYN BAKER, as the Legal              )
Representative of GERALDINE               )
ALAPASCO, and JULINA GLAZA,               )
as the Legal Representative of the        )
Estate of JULIAN ALAPASCO,                )
Deceased;                                 )
                                          )
ENID L. CABATBAT, Individually            )
and as the Legal Representative of        )
the Estate of ARTURO S.                   )
CABATBAT, Deceased;                       )
                                          )
BERNADETTE M. RICHARDSON,                 )
Successor Trustee to the                  )
RAYMOND SOUZA CAVACO                      )
TRUST;                                    )
                                          )
PRISCILLA CHAMIZO,                        )

Individually and as the Legal                    )
Representative of the Estate of                   )
ALLAN BOB CHAMIZO,                               )
Deceased;                                         )
                                                 )
JOHN MICHAEL CLEMENTE, as                        )
the Legal Representative of the                   )
Estate of MARY AUGUSTA                           )
BEKSTROM CLEMENTE, the                           )
widow of STEPHEN ARTHUR                          )
CLEMENTE, Deceased;                              )
                                                 )
RAFAEL de la SIERRA, as the                      )
Legal Representative of the Estate of            )
MANUEL de la SIERRA, Deceased;                   )
                                                 )
WARREN K. DOTE, as the Legal                     )
Representative of the Estate of                   )
KENNETH S. DOTE, Deceased;                       )
                                                 )
STELLA S. ISARA, Individually                    )
and as the Successor Trustee to the              )
KENNETH K. ISARA Trust;                          )
                                                 )
HERBERT H. ISARA, as the Legal                   )
Representative of the Estate of                   )
DOROTHY Y. ISARA, Deceased;                      )
                                                 )
PAULA YONEZAWA, as the Legal                     )
Representative of the Estate of                   )
WALLACE S.M. KIM, Deceased;                      )
                                                 )
ROSALYN W. BOHNER, as the                        )
Successor Trustee to the SAMUEL                   )
B.Y. LUM Trust;                                  )
                                                 )
JEANIE RACOMA, Individually                      )
and as the Legal Representative of               )
the Estate of ROCKY RACOMA,                      )
Deceased;                                         )

HELEN SHIMAZU, Individually )
and CHERYL MATSUMOTO, as )
the Legal Representative of the )
Estate of PETER K. SHIMAZU, )
Deceased; )

ROXANE E. SHINTAKU, as the )
Legal Representative of the Estate of )
ROSEI SHINSATO, Deceased; )

GERMAINE ALBESO, as the Legal )
Representative of the Estates of )
MELCHIRO VILLIATORA, SR., )
Deceased, and SHINAKO )
VILLIATORA, Deceased; )

CLARITA WICKMAN, Individually )
and as Legal Representative of the )
Estate of PATRICK WICKMAN, )
Deceased; )

ETHEL Y. FUJII, Individually and )
as the Legal Representative of the )
Estate of JAMES NAOTO FUJII, )
Deceased; )

ANNE NONIES, Individually and as )
Trustee for the MAXIMO AND )
ANNE NONIES REVOCABLE )
LIVING TRUST; )

DAVID K. PARAGES, as the Legal )
Representative of the Estates of )
ALEXANDER R. PARAGES, )
Deceased, and MAY P. PARAGES, )
Deceased; )

TERESITA AGUILAR, Individually )
and as the Legal Representative of )

the Estate of WALFRED T.                )
AGUILAR, Deceased;                       )
                                         )
NOFOTOLU ALO and MANHART                 )
ALO;                                     )
                                         )
JOSEPH A. BEHLERT and MARIA              )
LUISA BEHLERT;                           )
                                         )
HERMAN CALBERO, JR. and                  )
EVELYN CALBERO;                          )
                                         )
DANILO M. CAPATI;                        )
                                         )
BONG AE CHUN;                            )
                                         )
RICHARD M. FELIMER and                   )
FLORENCE L. FELIMER;                     )
                                         )
SHARON L. GABALIS,                       )
Individually and as the Legal            )
Representative of the Estate of          )
ABSTININCIO GABALIS,                     )
Deceased;                                )
                                         )
GLENN KAAWALAUOLE and                    )
LINDA J. KAAWALAUOLE;                    )
                                         )
DOUGLAS P. LEITE and MARY                )
ANN K. LEITE;                            )
                                         )
BARBARA JEAN OSHIRO,                     )
Individually and JOANN ROTH, as          )
the Legal Representative of the          )
Estate of NORMAN OSHIRO, SR.,            )
Deceased;                                )
                                         )
PATSY R. OTA, Individually and as        )
the Legal Representative of the          )
Estate of HERBERT T. OTA,                )

Deceased;                                        )
                                                 )
LYNN DELL PALADA,                                )
Individually and as Trustee of the               )
Palada Joint Trust;                              )
                                                 )
EARL R. RIVEIRA, as the                          )
Successor Trustee of the Revocable               )
Trust of PATRICK A. RIVEIRA;                     )
                                                 )
WINIFRED K.H. ROBINSON,                          )
Individually and as Legal                        )
Representative of the Estate of                  )
CHARLES ROBINSON, Deceased;                      )
                                                 )
ALBIN ROSALDO and                                )
PRUDENCE ROSALDO;                                )
                                                 )
DANIEL SANTOS, JR.;                              )
                                                 )
WAYNE K. THOMPSON, as the                        )
Legal Representative of the Estate of            )
DAVID M. THOMPSON, JR.,                          )
Deceased;                                        )
                                                 )
            Plaintiffs,                          )
     vs.                                         )
                                                 )
1) CLEAVER-BROOKS, INC., a                       )
Delaware corporation;                            )
                                                 )
2) HUSCH BLACKWELL, as                           )
successor-in-interest to WHYTE                    )
HIRSCHBOECK DUDEK, a                             )
Missouri law firm; and                           )
                                                 )
3) DOES 1 to 25,                                 )
                                                 )
            Defendants.                          )
_____             )

<u>DEFENDANT HUSCH BLACKWELL LLP'S NOTICE OF REMOVAL</u>

TO:   THE UNITED STATES DISTRICT COURT FOR THE
      DISTRICT OF HAWAII

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendant HUSCH

BLACKWELL LLP ("Husch"), hereby removes this action from the Circuit Court

of the First Circuit, State of Hawai'i ("First Circuit Court"), Civil Action Number

19-1-0074-01 ("State Court Action") to the United States District Court for the

District of Hawaii.  Removal is proper pursuant to 28 U.S.C. § 1331 because

Plaintiffs assert federal claims against Husch and all other requirements for

removal have been met.  As grounds for this removal, Husch respectfully shows

the Court as follows:

## I.   **<u>INTRODUCTION</u>**

1.      On or about January 14, 2019, Plaintiff Terry Agena et al. commenced

the State Court Action, alleging several causes of action including violation of

18 U.S.C. § 1962(a) and (c), the Racketeer Influenced and Corrupt Organizations

Act ("RICO"). (Compl. ¶¶ 125-141).  Plaintiffs seek general, special, punitive, and

treble damages, among other things.

2.      On January 22, 2019, Husch's registered agent received a copy of the

Summons and Complaint in the State Court Action. Pursuant to 28 U.S.C.

§ 1446(a), copies of all process, pleadings, and orders served upon Husch and

subsequent filings are attached as <u>Exhibit A</u>.

## II.   THIS COURT HAS JURISDICTION UNDER 28 U.S.C. § 1331

3.     Plaintiffs allege that they were injured by Husch's alleged violations of the federal RICO statute, 18 U.S.C. § 1962.  This Court therefore has jurisdiction over Plaintiffs' federal RICO claims pursuant to 28 U.S.C. § 1331.

4.     This Court has jurisdiction over Plaintiffs' remaining claims pursuant to 28 U.S.C. § 1367(a).

## III.   HUSCH TIMELY FILED ITS NOTICE OF REMOVAL AND SATISFIED ALL PROCEDURAL REQUIREMENTS

5.     This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), because it is filed within thirty (30) days after receipt of the Summons and Complaint by Husch's registered agent on January 22, 2019.  See Exhibit A. Therefore, notice is timely pursuant to 28 U.S.C. § 1446(b).

6.     Venue is proper.  Plaintiffs filed this action in the Circuit Court of the First Circuit of the State of Hawaiʻi.  Accordingly, this action is properly removed to this Court, which embraces Hawaiʻi's First Circuit within its jurisdiction. 28 U.S.C. §§ 1441(a); 1446(a).

7.     Defendant Cleaver-Brooks, Inc. consents to removal.  Its Declaration of Consent to Removal is attached as Exhibit B.  DOES 1 through 25, the Doe Defendants, have not been named or served and need not consent to this Notice of Removal.  See *Soliman v. Philip Morris, Inc.*, 311 F.3d 966, 971 (9th Cir. 2002).

8.      Section 1446(a) requires a removing party to provide this Court with a copy of all "process, pleadings and orders" served on it in the State Court Action. True and correct copies of these documents and subsequent filings are attached as Exhibit A.

9.      Pursuant to 28 U.S.C. § 1446(d), Husch is filing a copy of the Notice of Removal with the Clerk of the Circuit Court of the First Circuit of Hawaiʻi and serving Plaintiffs with the same.  A copy of the Notice to the Circuit Court is attached hereto as Exhibit C.

## IV.    **CONCLUSION**

WHEREFORE, Husch respectfully submits that this Court has federal-question jurisdiction under 28 U.S.C. § 1331 and the procedural requirements under 28 U.S.C. § 1446 are met.  For these reasons, this action is properly removed to this Court.

DATED:  Honolulu, Hawaiʻi, February 20, 2019.

/s/ David J. Minkin
DAVID J. MINKIN
JESSE J. T. SMITH
MIYOKO T. PETTIT-TOLEDO

Attorneys for Defendant
HUSCH BLACKWELL LLP