IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| TERRY N. AGENA, Individually and as the Successor Trustee of the JAMES K. AGENA Trust, Deceased, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEAVER-BROOKS, INC., et al.,<br><br>Defendants. | CIVIL NO. 19-00089-DKW-RLP<br>(Toxic Tort/Asbestos Personal Injury)<br><br>DECLARATION OF COUNSEL |

<u>DECLARATION OF COUNSEL</u>

I, ALYSSA R. SEGAWA, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly licensed to practice law in the State of Hawaii, and I am one of the attorneys for Plaintiffs in the above-captioned matter.

2. Attached hereto as Exhibit "A" are true and correct copies of excerpts from the *Order Granting Defendants' Motion to Adopt Proposed Asbestos Litigation Case Management Order No. 1 Filed 01/11/05; Exhibit "A,"* filed August 2, 2005 in *In Re: Hawai'i State Asbestos Litigation*, A.C.M., Circuit Court of the First Circuit, State of Hawaii.

3. Attached hereto as Exhibit "B" is a true and correct copy of a letter from L. Richard DeRobertis, Esq., to Michael F. O'Connor, Esq., dated November 26, 2014 (redacted to exclude settlement amounts).

4. Attached hereto as Exhibit "C" is a true and correct copy of an e-mail from L. Richard DeRobertis, Esq., to Michael F. O'Connor, Esq., dated February 6, 2015 (redacted to exclude settlement amounts).

5. Attached hereto as Exhibit "D" is a true and correct copy of an *EO: Court Order Staying Case* [ECF No. 120], issued by Judge Leslie E. Kobayashi on September 4, 2012 in *Thompson v. Crane Co., et al.*, 1:11-cv-00638, United States District Court, District of Hawaii.

6. Attached hereto as Exhibit "E" is a true and correct copy of *EO: Case Management Order No. 2* [ECF No. 153], issued by The Honorable Leslie E. Kobayashi on August 28, 2014 in *Thompson v. Crane Co., et al.*, 1:11-cv-638, [ECF No. 153], United States District Court, District of Hawaii.

7. Attached hereto as Exhibit "F" is a true and correct copy of the Declaration of L. Richard DeRobertis, dated April 20, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, April 20, 2020.

    /s/Alyssa R. Segawa
    ALYSSA R. SEGAWA