IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| TERRY N. AGENA, Individually and as the Successor Trustee of the JAMES K. AGENA Trust, Deceased, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEAVER-BROOKS, INC., et al.,<br><br>Defendants. | CIVIL NO. 19-00089-DKW-RLP<br>(Toxic Tort/Asbestos Personal Injury)<br><br>DECLARATION OF L. RICHARD DeROBERTIS |

<u>DECLARATION OF L. RICHARD DeROBERTIS</u>

I, L. RICHARD DeROBERTIS, hereby declare pursuant to 28 U.S.C. § 1746 and Local Rule 7.6 of the United States District Court for the District of Hawai`i, as follows:

1. I am an attorney with the law firm Galiher DeRobertis & Waxman LLP (hereinafter "Galiher firm"), and I am one of the attorneys for Plaintiffs in the above-captioned matter.

2. Attached hereto as Exhibit A is a redacted copy of the Death Certificate of Warren Dote.

3. Attached hereto as Exhibit B is a redacted letter from Dr. Yee regarding Nancy Agodong. On Friday, April 17, 2020, my office mailed an

unredacted copy to local counsel for Cleaver-Brooks and Husch Blackwell, so they can confirm the diagnosis.

      4.    Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition of Andrew Ott, taken August 24, 2010 in *In Re Hawaii State Asbestos Cases (Rio & Means),* Civ. No. 10-1-A.C.M-002.

      5.    Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition of Andrew Ott, taken May 1, 2013 in *Cabasug v. Crane Company, et al.*, Civil No. CV12-00313 JMS/BMK.

      6.    Attached hereto as Exhibit E is a true and correct copy of excerpts from the deposition of Andrew Ott, taken September 19, 2014 in *Kaneshiro v. Crane Company*, Civil No. 14-1-0303-02 (RAN).

      7.    Attached hereto as Exhibit F is a true and correct copy of a chart showing for each of the underlying 56 settlements: the plaintiffs named in the complaint and who the original signatories of the Cleaver-Brooks release were. Substituting Patricia Pierce (as the new, successor Personal Representative for Estate of Homer Means) is one of the amendments to the proposed Third Amended Complaint, which the parties have stipulated to. (See Dkt. 112.)

      8.    Attached as Exhibit G is a chart showing the breakdown on the 56 settlements by state court versus federal court and the respective dates of each settlement.

9. None of the plaintiffs in the 56 underlying settlements were given the discovery answers of Cleaver-Brooks, and none participated in the negotiations with Cleaver-Brooks and none attended the mediation with Cleaver-Brooks.

10. In 14 of the 56 underlying settlements with Cleaver-Brooks, the settlement amount was a four-digit number. There are 20 named plaintiffs in those 14 "four-digit" settlements. Even increasing the settlement value by 5-fold or more in those 14 settlements would still show that taking 20 depositions over the presumptive limit would violate the proportionality requirement of FRCP 26(C)(1).

11. Eight of the named plaintiffs herein are now of the ages 86, 88, 89, 92, 93, 93, 94 and 95. These eight plaintiffs are: Theresa Schriner, Katherine Yee, Stella Isara, Cheryl Matsumoto, Anne Nonies, Bong Chun, Patsy Ota, Winifred Robinson. To protect confidentiality, this is not the order of the ages of these persons.

12. The 27 underlying federal settlements were resolved in one ongoing mediation before C. J. Moon, resulting in 22 settlements in November 2014 and the last 5 on February 6, 2015. (See Exhibits 2 and 3 to Plaintiffs Opposition Memorandum to 56 Separate Trials [Dkt. 114-3 and 114-4.])

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: April 20, 2020. Honolulu, Hawaii.

/s/L. Richard DeRobertis
L. RICHARD DeROBERTIS

3