Margery S. Bronster #4750
Kenneth S. Robbins #1000
Skylar G. Lucas #10582
BRONSTER FUJICHAKU ROBBINS
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i  96813
Telephone:  (808) 524-5644
Email: mbronster@bfrhawaii.com
Email: krobbins@bfrhawaii.com
Email: slucas@bfrhawaii.com

Robert M. Rolfe, *admitted pro hac vice*
Cassandra C. Collins, *admitted pro hac vice*
Jonathan L. Caulder, *admitted pro hac vice*
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219-4074
Telephone:  (804) 788-8200
E-mail: rrolfe@HuntonAK.com
E-mail: scollins@HuntonAK.com
E-mail: jcaulder@HuntonAK.com

Attorneys for Defendant
CLEAVER-BROOKS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TERRY N. AGENA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEAVER-BROOKS, INC., *et al.*,<br><br>Defendants. | CIVIL 1:19-cv-00089-DKW-WRP<br><br>PARTIES' JOINT STATUS REPORT [ECF# 210];<br><br><br>Judge:   Honorable Derrick K. Watson<br><br>Trial:   No Trial Date Set |

## PARTIES' JOINT STATUS REPORT [ECF# 210]

Pursuant to Entering Order No. 210, the parties submit this Joint Status Report on the remaining claims in this matter.

As of June 14, 2021, the claims of forty-seven (47) of the fifty-six (56) Plaintiffs' groups have been settled and dismissed with prejudice. The settlement of claims for the remaining nine (9) Plaintiffs' groups are in the process of being dismissed or are pending final Hawaii Probate Court approval and authority to settle the claims.

The probate Court recently approved settlements for, and granted authority to settle to, three (3) Plaintiffs' representatives (for Plaintiffs Thompson, David; Akau, Richard; and Dote, Kenneth) and the parties intend on finalizing the respective settlements and submitting a Stipulation to Dismiss with Prejudice to the Court before the July 2, 2021 dismissal deadline.

The remaining six (6) Plaintiffs' representatives are still awaiting Hawaii Probate Court approval and authority. All six (6) are currently scheduled to be heard by the Probate Court:

| Plaintiffs | Hearing Date on Petition for Approval |
|---|---|
| Villiatora, Melchiro (D) | 6/3/2021 |
| De la Sierra, Manuel (D) | 6/3/2021 |
| Alapasco, Julian (D) | 6/17/2021 |
| Parages, Alexander R. (D) | 7/1/2021 |
| Robinson, Charles | 7/15/2021 |
| Means, Homer W. (D) | 7/29/2021 |

Based on the recent timeline for orders issued by the Hawaii Probate Court, the parties believe that the Hawaii Probate Court will issue orders with respect to the remaining six (6) Plaintiffs' representatives within six (6) weeks of the last scheduled probate hearing date (i.e., by Friday September 17, 2021). Upon receipt of the necessary Hawaii Probate Court approvals, the settlements will be finalized and the parties will submit to this Court a stipulation to dismiss with prejudice the remaining Plaintiffs' groups' claims.

Accordingly, the parties expect and hope that all remaining claims in this matter will be settled and dismissed with prejudice no later than October 30, 2021.

DATED: Honolulu, Hawai'i, June 14, 2021

/s/ L. Richard DeRobertis
L. RICHARD DEROBERTIS
ALLISON M. AOKI
ALYSSA R. SEGAWA
CHARLES S. SIEGEL (*Pro Hac Vice*)

Attorneys for Plaintiffs

/s/ Margery S. Bronster
MARGERY S. BRONSTER
KENNETH S. ROBBINS
SKYLAR G. LUCAS
ROBERT M. ROLFE (*Pro Hac Vice*)
CASSANDRA C. COLLINS (*Pro Hac Vice*)
JONATHAN L. CAULDER (*Pro Hac Vice*)

Attorneys for Defendant
CLEAVER-BROOKS, INC.

*/s/ Erin Tatman*
DAVID J. MINKIN
CAROLYN J. FAIRLESS (*Pro Hac Vice*)
ERIN F. TATMAN  (*Pro Hac Vice*)

Attorneys for Defendant
HUSCH BLACKWELL LLP