Margery S. Bronster  #4750
Skylar G. Lucas  #10582
BRONSTER FUJICHAKU ROBBINS
1003 Bishop Street, Suite 2300
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-5644
Email: mbronster@bfrhawaii.com
Email: slucas@bfrhawaii.com

Robert M. Rolfe, *admitted pro hac vice*
Cassandra C. Collins, *admitted pro hac vice*
Jonathan L. Caulder, *admitted pro hac vice*
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219-4074
Telephone:  (804) 788-8200
E-mail: rrolfe@HuntonAK.com
E-mail: scollins@HuntonAK.com
E-mail: jcaulder@HuntonAK.com

Attorneys for Defendant
CLEAVER-BROOKS,  INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TERRY N. AGENA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEAVER-BROOKS, INC., *et al.*,<br><br>Defendants. | CIVIL 1:19-cv-00089-DKW-WRP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF 1) ALBESO, CALVEY, DUNCAN, GLAZA, DE LA SIERRA, DOTE, PARAGES, PIERCE, ROBINSON, AND THOMPSON CLAIMS, AND 2) ENTIRE LAWSUIT**<br><br>Judge: Honorable Derrick K. Watson<br>Jury Trial:  July 12, 2021 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF 1) ALBESO, CALVEY, DUNCAN, GLAZA, DE LA SIERRA, DOTE, PARAGES, PIERCE, ROBINSON, AND THOMPSON CLAIMS, AND 2) ENTIRE LAWSUIT**

IT IS HEREBY STIPULATED by and among Plaintiffs GERMAINE ALBESO, as Personal Representative of the Estates of Melchiro Villiatora, Sr. and Shinako Villiatora, Deceased; CYNTHIA CALVEY, as Personal Representative of the Estates of Richard J. Akau, Sr. and Amy K. Akau, Deceased; ROBERTA DUNCAN, as Personal Representative of the Estate of Geraldine Alapasco, Deceased; JULINA GLAZA, as Personal Representative of the Estate of Julian Alapasco, Deceased and as Successor Trustee of the Julian Alapasco Revocable Living Trust; RAFAEL DE LA SIERRA, as Personal Representative of the Estate of Manuel de la Sierra, Deceased; MARILYN SHIZUE DOTE, as Personal Representative of the Estate of Kenneth S. Dote, Deceased; DAVID K. PARAGES, as Personal Representative of the Estates of Alexander R. Parages and May P. Parages, Deceased; PATRICIA PIERCE, as Successor Personal Representative of the Estate of Homer W. Means, Deceased; WINIFRED K. H. ROBINSON, Individually and as Personal Representative of the Estate of Charles Robinson, Deceased; WAYNE K. THOMPSON, as Personal Representative of the Estate of David M. Thompson, Jr., Deceased (collectively, "Plaintiffs") and Defendants CLEAVER-BROOKS, INC. and HUSCH BLACKWELL LLP (collectively, "Defendants"), through their

respective counsel, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and Local Rule 41.1, that all claims asserted by Plaintiffs in this matter against Defendants are dismissed with prejudice, with each party to bear that party's own attorneys' fees and costs with respect to the dismissed claims.

The foregoing parties and claims were the only remaining claims in this lawsuit. All claims and parties are now dismissed, including any not specifically identified in this stipulation or the parties' prior stipulations.

All parties, through their respective counsel, have signed this stipulation.

This stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.


DATED: Honolulu, Hawaiʻi, August 30, 2021.

| | |
|---|---|
| */s/L. Richard DeRobertis* | */s/Erin Tatman* |
| GALIHER DEROBERTIS & WAXMAN LLP | MCCORRISTON MILLER MUKAI MACKINNON LLP |
| L. Richard DeRobertis | David J. Minkin |
| Allison M. Aoki | and |
| Alyssa R. Segawa | WHEELER TRIGG O'DONNELL LLP |
| and | Carolyn J. Fairless (*Pro Hac Vice*) |
| Waters Kraus & Paul | Erin Tatman (*Pro Hac Vice*) |
| Charles S. Siegel (*Pro Hac Vice*) | |
| | Attorneys for Defendant |
| Attorneys for Plaintiffs | Husch Blackwell LLP |

*/s/Margery S. Bronster*
BRONSTER FUJICHAKU ROBBINS
Margery S. Bronster
Skylar G. Lucas
and
HUNTON ANDREWS KURTH LLP
Robert M. Rolfe, (*Pro Hac Vice*)
Cassandra C. Collins (*Pro Hac Vice*)
Jonathan L. Caulder (*Pro Hac Vice*)

Attorneys for Defendant
Husch Blackwell LLP

APPROVED AS TO FORM.
    DATED:  August 31, 2021 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

Terry Agena, et al v. Cleaver-Brooks, Inc., et al.; Civil No. 19-00089 DKW-WRP; STIPULATION FOR DISMISSAL WITH PREJUDICE OF 1) ALBESO, CALVEY, DUNCAN, GLAZA, DE LA SIERRA, DOTE, PARAGES, PIERCE, ROBINSON, AND THOMPSON CLAIMS, AND 2) ENTIRE LAWSUIT